UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>XUANLAN NGUYEN, et al.,<br><br>Defendants. | Case No.: 13-CV-02008-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING THE PARTIES TO COURT MEDIATION |

The Court continues the Case Management Conference scheduled for November 6, 2013, at 2 p.m. to December 19, 2013, at 1:30 p.m. The parties shall file an updated Joint Case Management Statement by December 12, 2013.

The Court also refers the parties to Court mediation with a deadline of February 4, 2014.

**IT IS SO ORDERED.**

Dated: November 5, 2013

_____
LUCY H. KOH
United States District Judge