UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS INC., | ) | Case No.: 13-CV-02008-LHK |
| Plaintiff, | ) | |
| v. | ) | **CASE MANAGEMENT ORDER** |
| XUANLAN NGUYEN, individually and d/b/a BRITANNIA ARMS OF CAPITOLA; and BRITANNIA ARMS PUB & RESTAURANT, INC., an unknown business entity d/b/a BRITANNIA ARMS OF CAPITOLA, | ) ) ) ) ) ) | |
| Defendant. | ) | |

Clerk:  Martha Parker Brown    Plaintiffs' Attorneys: Thomas Riley
Reporter:  Lee-Anne Shortridge    Defendant Attorney: Douglas Allen

An initial case management conference was held on December 19, 2013, at 1:30 p.m. A further case management conference is set for March 19, 2014, at 2:00 p.m.

The Court referred the parties to mediation with a deadline of May 15, 2014.

The Court ordered a stay of discovery until the Court's order on Defendant's Motion to Dismiss, ECF No. 10, is issued.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES is March 15, 2014

FACT DISCOVERY CUTOFF is September 26, 2014

EXPERT DISCOVERY:
    Opening Reports: October 24, 2014
    Rebuttal Reports: November 21, 2014
    Cut-off: December 19, 2014

1

Case No.: 13-CV-02008-LHK
CASE MANAGEMENT AND MINUTE ORDER

1  DISPOSITIVE MOTIONS shall be filed by January 29, 2015, and set for hearing on March 5, 2015, at 1:30 p.m. Each side is limited to one dispositive motion in the entire case.

2  PRETRIAL CONFERENCE DATE is April 30, 2015, at 1:30 p.m.

3  JURY TRIAL DATE is May 18, 2015, at 9 a.m. in Courtroom 8, 4th floor.

4  TRIAL LENGTH is estimated to be 3 days.

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-02008-LHK
CASE MANAGEMENT AND MINUTE ORDER

2