UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>               Plaintiff,<br><br>    v.<br><br>XUANLAN NGUYEN, individually and d/b/a BRITANNIA ARMS OF CAPITOLA; and BRITANNIA ARMS PUB & RESTAURANT, INC., an unknown business entity d/b/a BRITANNIA ARMS OF CAPITOLA,<br><br>               Defendants. | Case No.: 13-CV-02008-LHK<br><br>ORDER TO FILE BRIEFS ON STAY |

By Tuesday March 18, 2014 at 5p.m., both parties will file two page maximum briefs on whether this case should be stayed pending Defendants' appeal of this Court's ruling on Defendants' Anti-SLAPP motion.

**IT IS SO ORDERED.**

Dated: March 14, 2014

                                                                        LUCY H. KOH<br>
                                                                       United States District Judge