UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XUANLAN NGUYEN, individually and d/b/a BRITANNIA ARMS OF CAPITOLA; and BRITANNIA ARMS PUB & RESTAURANT, INC., an unknown business entity d/b/a BRITANNIA ARMS OF CAPITOLA, <br><br> Defendants. | Case No.: 13-CV-02008-LHK <br><br> ORDER STAYING CASE |

On January 7, 2014, this Court denied Defendants' Motion to Dismiss. *See* ECF No. 42. Because the denial included a denial of Defendant's anti-SLAPP motion, Defendants have sought appellate review of this Court's order. *See* ECF No. 43. In a March 12, 2014 Joint Case Management Statement, Defendants sought a stay of proceedings pending appellate review. *See* ECF No. 46. This Court ordered further briefing on whether a stay would be appropriate. *See* ECF No. 49. The parties filed such briefs. ECF Nos. 50-51. Defendants seek a stay, and Plaintiff does not oppose a stay.

In light of the parties' positions, the Court in its discretion stays the case pending appellate review of the January 7, 2014 Order. All deadlines set in this Court's Case Management Order, ECF No. 40, are hereby vacated with the exception of the referral to Court mediation with a May

1

Case No.: 13-CV-02008-LHK
ORDER STAYING CASE

15, 2014 deadline per Defendants' request. ECF No. 50 at 2 n.1. The Case Management Conference set for March 19, 2014, is vacated. The parties shall move to lift the stay and reopen the case upon issuance of the Ninth Circuit's mandate.

The Clerk shall administratively close the case file pending the stay.

**IT IS SO ORDERED.**

Dated: March 18, 2014

_____
LUCY H. KOH
United States District Judge